IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Court File No. 11-CV-02968 (DWF/SER)

| | |
|---|---|
| Galen Traylor, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>I.C. System, Inc. and Credit One Bank, N.A.,<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO CREDIT ONE BANK, N.A.** |

**NOTICE IS HEREBY GIVEN THAT** the Plaintiff in the above-entitled action voluntarily dismisses this matter as to Credit One Bank, N.A. with prejudice and on the merits, without costs, disbursements, or attorney's fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Respectfully submitted,

Dated: September 6, 2012        s/ Thomas J. Lyons, Jr.                    .
**CONSUMER JUSTICE CENTER P.A.**
Thomas J. Lyons, Esq.
Attorney I.D. #65699
Thomas J. Lyons, Jr., Esq.
MN I.D. # 0249646
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707
Facsimile:(651) 704-0907
tommycjc@aol.com
tlyons@lyonslawfirm.com

1

Dated: September 6, 2012             s/ Mark L. Vavreck                              .
                                    MARTINEAU, GONKO & VAVRECK, PLLC
                                    Mark L. Vavreck, Esq.
                                    Attorney I.D.#0318619
                                    Designers Guild Building
                                    401 North Third Street, Suite 600
                                    Minneapolis, MN 55401
                                    Telephone: (612) 659-9500
                                    Facsimile:  (612) 659-9220
                                    mvavreck@mgvlawfirm.com