AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Galen Traylor, individually,
and on behalf of all others
similarly situated,

                Plaintiffs,

V.

I.C. System, Inc.,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 11-2968 (DWF/SER)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant I.C. System's Motion to Dismiss and Compel Arbitration (Doc. No. [30]) is **GRANTED**.

2. Plaintiff's claim shall be subject to arbitration.

3. Plaintiff's Amended Complaint (Doc. No. [27]) is **DISMISSED WITHOUT PREJUDICE**.

| December 12, 2012 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/J. Zuech |
| | (By)   J. Zuech   Deputy Clerk |

C:\Documents and Settings\zuech\Desktop\BlankJudgment.wpd          Form Modified: 09/16/04